# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-303-RGA |
| ) | |
| HOSPIRA, INC. and ORION CORP., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff and Counter-Defendant Baxter Healthcare Corporation ("Baxter") and Defendants and Counter-Plaintiffs Hospira, Inc. and Orion Corp. (collectively, "Hospira") jointly stipulate that: (1) all claims brought by Baxter in this action are dismissed with prejudice, and (2) all counterclaims brought by Hospira in this action are dismissed with prejudice. Each party shall bear its own attorneys' fees, expenses, and other costs in connection with the above-captioned action.

Date: November 19, 2018

POTTER ANDERSON & CORROON LLP

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Alan R. Silverstein (#5066)
Hercules-Plaza
P.O. Box 951
Wilmington, DE 19899
Phone: (302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com
asilverstein@potteranderson.com

Respectfully submitted,

CONNOLLY GALLAGHER LLP

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
Ryan P. Newell (#4744)
The Brandywine Building
1000 West Street
Wilmington, DE 19801
Phone: (302) 757-7300
aconnolly@connollygallagher.com
rnewell@connollygallagher.com

| | |
|---|---|
| OF COUNSEL | OF COUNSEL |
| Neal Seth<br>Lawrence M. Sung<br>Bethany A. Corbin<br>WILEY REIN LLP<br>1776 K Street N.W.<br>Washington, DC 20006<br>Phone: (202) 719-7000<br>nseth@wileyrein.com<br>lsung@wileyrein.com<br>bcorbin@wileyrein.com | Bradford P. Lyerla<br>Sara T. Horton<br>Yusuf Esat<br>Ren-How Harn<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Phone: (312) 222-9350<br>blyerla@jenner.com<br>shorton@jenner.com<br>yesat@jenner.com<br>rharn@jenner.com |
| *Attorneys for Plaintiff Baxter Healthcare Corporation* | *Attorneys for Defendants Hospira, Inc. and Orion Corp.* |

SO ORDERED on this _____ day of _____ 2018.

_____
U.S.D.J.

6006695